■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS ROHIT, Appellant. [718 NYS2d 879] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lebowitz, J.), rendered October 6, 1999, convicting him of at-

tempted burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's waiver of indictment was knowingly, intelligently, and voluntarily executed (*see, People v Torres,* 265 AD2d 226). O'Brien, J. P., Krausman, Goldstein and Schmidt, JJ., concur.